**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PEEQ IMAGING, LLC,

                Plaintiff,

-against-

NATIONAL COMMUNICATIONS GROUP,
                Defendant.
-----------------------------------------------------------X

18 **CIVIL** 8500 (RWL)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 9, 2020, Plaintiff's motion for summary judgment is GRANTED in its entirety. Judgment is entered against defendant in the amount of (a) $147,363.01, (b) $400 in costs, and (c) post judgment interest at the statutory rate; accordingly, the case is closed.

**Dated:** New York, New York
        January 10, 2020

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
           **BY:**
                                                        **Deputy Clerk**